**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-62443-KUNTZ**

**EMILIO JOSE BRICENO VASQUEZ**,

Petitioner,

v.

**MARKWAYNE MULLIN**, *et al.*,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court on Petitioner Emilio Jose Briceno Vasquez's Notice of Voluntary Dismissal without prejudice filed September 22, 2026 [ECF 4]. Petitioner filed a petition for a writ of habeas corpus, however, following a bond hearing, he was released from custody on September 18, 2026. Because the relief sought has been achieved, this petition is moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this matter is dismissed without prejudice. Each party shall bear its own costs and fees. The Clerk is directed to **CLOSE** this case, and any remaining motions are **DENIED** as moot.

DONE in Chamber in Fort Lauderdale, Florida, this 22nd day of September, 2026.

**JEFFREY T. KUNTZ**
**UNITED STATES DISTRICT JUDGE**

Copies to counsel of record